UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WASHINGTON MUTUAL BANK

VERSUS

BRYAN KENNETH FOSTER, ET AL.

CIVIL ACTION

NO. 06-622-JJB-CN

## JUDGMENT

For written reasons assigned;

IT IS ORDERED, ADJUDGED AND DECREED that judgment be rendered in favor of plaintiff JP Morgan Chase Bank, National Association and against defendants Bryan Kenneth Foster and Callista Brown Foster in the amount of $122,704.00, with post judgment interest as provided by law.

IT IS ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of plaintiffs in counterclaim, Bryan Kenneth Foster and Callista Brown Foster, and against defendant in counterclaim, JP Morgan Chase Bank, National Association, in the amount of $2,000.00 in statutory penalties plus attorney's fees in the amount of $20,510.84.

Baton Rouge, Louisiana, December 5th, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA